IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-566-D

| | |
|---|---|
| KETHLIE ARISTILDE, AVILE DERILUS, and MIRTHA DERILUS,<br>   Plaintiffs,<br><br>  v.<br><br>TODD GLOVER FARMS, INC., JOHN DOE, and PEDRO MARTINEZ,<br>   Defendants. | **ENTRY OF DEFAULT** |

This matter is before the clerk on the plaintiffs' motion for entry default as to defendant Pedro Martinez [DE-41].

The record shows that plaintiffs have effected service on Pedro Martinez and he has failed to file an answer or other response during the requisite time period. Accordingly, the motion for entry of default [DE-41] is GRANTED, and default is hereby entered against Pedro Martinez as provided by Rule 55 of the Federal Rules of Civil Procedure.

SO ORDERED. This the 10th day of May, 2016.

                 _____
                 Julie Richards Johnston
                 Clerk of Court